[No. 4800.   Decided November 14, 1903.]

E. H. WINCHESTER *et al., Respondents*, v. EVAN J. MORRIS, *Appellant.*[2]

Appeal from a judgment of the superior court for Chelan county, Martin, J.   Dismissed.

*Dill & Crass*, for appellant.

*Hovey & Hale, Kauffman & Frost*, and *Frank Reeves*, for respondents.

PER CURIAM.—The respondents move to dismiss the appeal in this case, for the reason that the appeal bond, which was intended to operate also as a supersedeas bond, is insufficient in the amount of the penalty named.   The judgment from which the appeal is

[1]Reported in 74 Pac. 1135.
[2]Reported in 74 Pac. 361.

taken is $293.87 and costs. The penalty named in the bond is $700. This, it will be seen, is not twice the amount of the judgment and the $200 which is required in an appeal bond. Under the rule announced in *Town of Sumner v. Rogers*, 21 Wash. 361, 58 Pac. 214, that a bond, on appeal, to act as both a cost bond and a supersedeas, must be in a penalty double the amount of the money judgment entered plus $200, which rule has since been uniformly sustained by this court, the motion must prevail, and the appeal be dismissed.